

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00046-CV

**IN THE ESTATE** of Maria F. **HERNANDEZ**, Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2013-PC-1030
Honorable Tom Rickhoff, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the appellant's motion is GRANTED and the probate court's order is REVERSED AND the matter is REMANDED to the probate court for further proceedings consistent with this court's opinion.

SIGNED April 30, 2014.

_____
Marialyn Barnard, Justice